UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-61639-BLOOM/Valle

TODD E. WATSON,

    Plaintiff,

v.

BROWARD COUNTY SHERIFF'S OFFICE, *et al.*,

    Defendants.
_____/

## ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* on Appeal, ECF No. [7] (the "Motion"). Plaintiff's Motion is due to be denied because Plaintiff's appeal is not taken in good faith.

"An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). "A party demonstrates good faith by seeking appellate review of any issue that is not frivolous when examined under an objective standard." *Ghee v. Retailers Nat'l Bank*, 271 F. App'x 858, 859 (11th Cir. 2008). A claim is frivolous "where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). In other words, an appeal filed *in forma pauperis* is frivolous "when it appears the plaintiff has little or no chance of success," meaning that the "factual allegations are clearly baseless or that the legal theories are indisputably meritless." *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir. 1993) (internal quotation marks omitted).

As the Court's order of dismissal makes clear, Plaintiff's Complaint is frivolous, fails to state a claim, and the legal theories presented are meritless. *See* ECF No. [5]. Moreover, the

Motion simply reasserts Plaintiff's previous meritless claims and re-attaches documentation already attached to the Complaint. The Court therefore certifies that this appeal is not taken in good faith, and the Motion, **ECF No. [7]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 22, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Todd E. Watson, *pro se*
2424 Okeechobee Lane
Fort Lauderdale, Florida 33312